Anthony O. Egbase (SBN 181721)
Onyinye Anyama (SBN 262152)
Law Offices of Anthony O. Egbase & Associates
The World Trade Center
350 S. Figueroa Street, Suite 189
Los Angeles, CA 90071
Telephone (213) 620-7070 Facsimile (213) 620-7070
Email: info@anthonyegbaselaw.com

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| *IN RE* ) | Chapter 13 |
| RAUL MEJIA ) | Case No. 8:10-BK-15551-RK |
| Debtor ) | **DECLARATION OF RAUL MEJIA RE: COMPENSATION OF ATTORNEY** |

---

–1–
DECLARATION OF RAUL MEJIA RE: COMPENSATION OF ATTORNEY

DECLARATION OF RAUL MEJIA RE: COMPENSATION OF ATTORNEY

I, RAUL MEJIA declare as follows:

1. That I am the debtor in this Chapter 13 bankruptcy with case no: 8:10-BK-15551-RK

2. This Declaration is to clarify the issue as to the Compensation of Attorney based on my testimony at the 341(a) meeting of creditors.

3. I retained the Law Offices of Anthony Egbase pre-bankruptcy on a real estate matter and for loan modification.

4. I paid Mr. Egbase $5,000 as retainer fee on the above mentioned matters which were unrelated to the bankruptcy case.

5. I filed my first Chapter 13 case on January 16, 2010 and was dismissed on April 16, 2010

6. This is my second bankruptcy case and I did not pay my attorney any money prior to the filing of the case

7. I have agreed with my attorney that $3,000 will be paid through the Chapter 13 plan.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 13, 2010

*Raul mejia aguilar*

RAUL MEJIA

(Declarant)